25-03

FILED17 JUN '26 1 34USDC·ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-cr-00221-SI |
| v. | INDICTMENT |
| JOHN PAUL CUPP, | 18 U.S.C. § 115(a)(1)(B) |
| Defendant. | |

### THE GRAND JURY CHARGES:

### COUNT 1

### (Influencing Federal Official by Threat)
### (18 U.S.C. § 115(a)(1)(B))

On or about October 14, 2025, in the District of Oregon, defendant **JOHN PAUL CUPP**, did threaten to murder AV1 and rape the wife of AV1, a Bureau of Prisons law enforcement officer, by saying:

"You know who I am. I'm going to have your head on a stick and mail it to your wife. And then I'm going to fuck her brains out in front of it[.]"

///

///

///

Information                                                                    Page 1

with intent to impede, intimidate, or interfere with AV1 on account of AV1's performance of AV1's official duties,

In violation of Title 18, United States Code, Section 115(a)(1)(B).

Dated: June 16, 2026

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

KATHERINE A. RYKKEN, CSB #267146
Assistant United States Attorney

**Information**                                                                **Page 2**